# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| LUN MAYES, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:21-cv-00847 |
| WESTROCK SERVICES, LLC, | ) JUDGE CAMPBELL |
| Defendant. | ) MAGISTRATE JUDGE FRENSLEY |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 64). Accordingly, this case is administratively closed. On or before May 30, 2024, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice on May 30, 2024.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE